UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| *Plaintiff,* | ) | Case No: 2:25-cv-429 |
| | ) | |
| *v.* | ) | |
| | ) | |
| Tether (USDT) held in four Target Wallets, | ) | |
| with the listed balances as of November 1, 2021 | ) | |
| (for a total of 6,610,573.440928 USDT/ETH), | ) | |
| | ) | |
| *Defendant.* | ) | |

## WARRANT FOR ARREST *IN REM*

TO:    THE U.S. MARSHALS SERVICE AND/OR ANY OTHER DULY AUTHORIZED LAW
ENFORCEMENT OFFICER OR FEDERAL EMPLOYEE:

WHEREAS, on April 22, 2025, the United States of America filed in the United States

District Court for the District of Vermont a verified complaint for forfeiture *in rem* against the

above-named defendant property, to wit, Tether (USDT) held in four Target Wallets, with the

listed balances as of November 1, 2021 (for a total of 6,610,573.440928 USDT/ETH), (hereinafter,

"the Property"), alleging that the Property is subject to forfeiture to the United States pursuant to

18 U.S.C. § 981(a)(1(A) and 981(a)(1)(C) for those reasons alleged in the verified complaint; and

WHEREAS, the Property is currently in the possession, custody, or control of the United

States; and

WHEREAS, in these circumstances, Rule G(3)(b)(i) of the Supplemental Rules for

Admiralty or Maritime Claims and Asset Forfeiture Actions directs the Clerk of Court to issue a

warrant to arrest the Property; and

WHEREAS, Rule G(3)(c)(i) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions provides that such warrant to arrest the Property must be delivered to a person or organization authorized to execute it, who may be: a marshal or any other United States officer or employee; someone under contract with the United States; or someone specially appointed by the court for that purpose.

NOW, THEREFORE, YOU ARE HEREBY COMMANDED to arrest the Property by duly serving a copy of this warrant on the custodian in whose possession, custody, or control the Property is presently found, and to use whatever means may be appropriate to protect and maintain the Property in your custody until further Order of this Court.

YOU ARE FURTHER COMMANDED to, promptly after execution of this process, file the same in this Court with your return thereon, identifying the individual(s) upon whom copies were served and the manner of service employed.

Dated at Burlington, in the District of Vermont, this 22nd day of April, 2025.

CLERK OF COURT
United States District Court for the
District of Vermont


_____
    JEFFREY S. EATON